**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **In the matter of:** | **Case No. 08-34396** |
| **BALL, TRESSY LYNN** | |
| | **Chapter 7** |
| | |
| | **Judge  Guy R. Humphrey** |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The check in the amount of $203.02 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

**44444444444444444444444444444444444444444444444444444444444**

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| | | |

**44444444444444444444444444444444444444444444444444444444444**

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Chadwick's<br>PO Box 659562<br>San Antonio, TX 78265-9562 | 5 | $ 72.75 |
| Dayton Pulmonary and Critical Care<br>9000 N. Main Street<br>Suite 331<br>Dayton, OH 45415 | 6 | $ 65.70 |
| NCO Financial<br>PO Box 15889<br>Wilmington, DE 19850-5889 | 10 | $ 14.10 |
| NCO Financial<br>PO Box 15889<br>Wilmington, DE 19850-5889 | 11 | $ 50.47 |

**44444444444444444444444444444444444444444444444444444444444**

Total Unclaimed/Small
Dividends $25.00 or under

$14.10

**1/14/2010**
Dated: _____

Total Unclaimed
Dividends Over $25.00

$188.92

**/s/ John Paul Rieser**
_____

John Paul Rieser, Case Trustee
7925 Graceland St.
Dayton, OH 45459
Tel: (937)224-4128   Fax: (937)224-3090
tecfdesk@rieserlaw.com

cc:  U.S. Trustee, 170 N. High St., Ste. 200, Columbus, OH  43215-2403